**UNITED STATES DISTRICT COURT**
**SOUTHERN DISTRICT OF NEW YORK**

---

Global Access Algorithmic Trading LLC    Plaintiff,
et al

-v-

ATM, LLC et al

Defendant.

Case No. 08 CV 3712

**Rule 7.1 Statement**

---

Pursuant to Federal Rule of Civil Procedure 7.1 [formerly Local General Rule 1.9] and to enable District Judges and Magistrate Judges of the Court to evaluate possible disqualification or recusal, the undersigned counsel for

_____Plaintiffs_____ (a private non-governmental party)

certifies that the following are corporate parents, affiliates and/or subsidiaries of said party, which are publicly held.

N/A

Date: 4/18/08

Signature of Attorney

Attorney Bar Code: BM 7843