UNITED STATES DISTRICT COURT
SOUTHERN DISTRICT OF NEW YORK
----------------------------------X
                                    :
GLOBAL ACCESS ALGORITHMIC            :
TRADING, L.L.C. et ano,              :
                                    :
            Plaintiffs,              :    08 Civ. 3712 (WHP)
                                    :
        -against-                    :    ORDER
                                    :
ATM, L.L.C. et al.,                  :
                                    :
            Defendants.              :
                                    :
----------------------------------X

WILLIAM H. PAULEY III, District Judge:

It having been reported to this Court that this action has been or will be removed to state court, the action is discontinued without costs to any party, and without prejudice to restoring it to this Court's calendar if such application is made within thirty (30) days of the date of this Order. The Clerk of Court is directed to terminate all motions pending as of this date and mark this case closed.

Dated: August 8, 2008
       New York, New York

                                SO ORDERED:

                                _____
                                WILLIAM H. PAULEY III
                                U.S.D.J.

-1-

*Counsel of Record:*

Brian Howard Reis, Esq.
Law Office of Brian H. Reis
80 Broad Street
33rd Floor
New York, NY 10004
*Counsel for Plaintiffs*

Susan G. Dauber, Esq.
Dauber Law Firm
6 Westbrook Road
Westfield, NJ 07090
*Counsel for Defendant*